**FILED**

04/16/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0051

IN THE SUPREME COURT OF THE STATE OF MONTANA

SUPREME COURT CAUSE NO. DA 21-0051

| | | |
|---|---|---|
| STATE OF MONTANA, | ) | |
| | ) | |
| Plaintiff/Appellees, | ) | |
| | ) | **ORDER FOR** |
| vs. | ) | **ADDITIONAL TIME FOR** |
| | ) | **FILING OPENING BRIEF** |
| MICHAEL BONACORSI, | ) | |
| | ) | |
| Defendant/Appellant. | ) | |

Upon review of the Defendant/Appellant First Motion for Additional Time for Filing Opening Brief, and good cause therefrom;

It is hereby ORDERED that the Defendant/Appellant shall have an additional thirty (30) days from the original due date to file their Opening Brief. Defendant/Appellant Opening Brief will be due May 17th, 2021.

cc: Jami Rebsom
    Attorney General

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 16 2021